United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL COMPLAINT |
| v. | : | |
| RICHARD FIELDS, a/k/a "P.O." | : | Magistrate No. 07-4172 (CCC) |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

SEE ATTACHMENT A

in violation of Title 21, United States Code, Section(s) 841(a)(1) & 841 (b)(1)(C).

I further state that I am a Special Agent for the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHMENT B

Francis J. Carden III
Special Agent, FBI

Sworn to before me and subscribed in my presence,

November 30, 2007  2:50 p.m.
Date

Newark, NJ
City and State

HON. CLAIRE C. CECCHI
United States Magistrate Judge

**ATTACHMENT A**

**COUNT ONE**

On or about October 16, 2006, in Paterson, New Jersey and elsewhere within the District of New Jersey, defendant

RICHARD FIELDS,
a/k/a "P.O."

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance which contains cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**ATTACHMENT B**

    I, Francis J. Carden III, a Special Agent with the Federal Bureau of Investigation ("FBI"), following an investigation, have knowledge of the following facts, among others:

1. On or about October 16, 2006, a separately charged individual approached an undercover law enforcement officer ("UC") in Paterson, New Jersey. The UC agreed to buy four (4) glassine baggies of crack cocaine (cocaine base) from the separately charged individual for $40.

2. The separately charged individual then approached defendant FIELDS and conversed with him. Defendant FIELDS then approached the UC and handed him or her four (4) baggies of an off-white, chunky substance the UC believed was crack cocaine. The UC then handed Defendant FIELDS $40 in cash.

3. A DEA laboratory test was performed on the above-mentioned substances and came back positive for the presence of cocaine base.

4. This transaction was audio- and video-monitored by the FBI.